UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

TIMOTHY JAY KLEINPETER

VERSUS

MICHAEL J. ASTRUE,
COMMISSIONER OF
SOCIAL SECURITY ADMINISTRATION

CIVIL ACTION

NUMBER 11-618-BAJ-SCR

**RULING AND
ORDER OF DISMISSAL**

The Court has carefully considered the complaint, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated March 8, 2013 (doc. no. 11), and plaintiff's objection filed March 15, 2013 (doc. 12).

The Court hereby approves the report and recommendation of the magistrate judge and adopts it as the Court's opinion herein.

Accordingly, under sentence four of 42 U.S.C. § 405(g), the final decision of the Commissioner of Social Security Michael J. Astrue, denying the applications for disability and supplemental security income benefits filed by plaintiff Timothy Jay Kleinpeter is affirmed, and this action is hereby dismissed.

Baton Rouge, Louisiana, March 25, 2013.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA